UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS GARCIA-BUSTAMANTE (2),<br><br>Defendant. | Criminal Case No. 89cr-0969-MMA<br><br>ORDER OF DISMISSAL OF INDICTMENT;<br>RECALL OUTSTANDING WARRANTS;<br>AND JUDGMENT<br><br>[Doc. No. 68] |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant JESUS GARCIA-BUSTAMANTE (2), is dismissed without prejudice; and,

IT IS FURTHER ORDERED that any outstanding warrants for JESUS GARCIA-BUSTAMANTE (2), be recalled.

**IT IS SO ORDERED**.

DATED: April 11, 2012

_____
Hon. Michael M. Anello
United States District Judge